■ HECTOR TALAVERA et al., Appellants, v BROOKLYN POLYETHELENE BAG CORP. et al., Respondents.—Judgment of the Supreme Court, Kings County, entered April 8, 1975, affirmed, with one bill of costs jointly to respondents appearing separately and filing separate briefs. There were questions of fact for the jury on the issues of negligence and contributory negligence. Hopkins, Acting P. J., Martuscello, Damiani, Christ and Hawkins, JJ., concur.

■ UNITED NATIONAL BANK, Respondent, v CURTISS T. ETTINGER et al., Appellants.—In an action on a promissory note, defendants appeal from an order of the Supreme Court, Westchester County, entered December 19, 1974, which denied their motion for a change of venue, without prejudice to a renewal thereof in Sullivan County pursuant to CPLR 511 (subd [b]). Order affirmed, with $50 costs and disbursements *(Ludlow Valve Mfg. Co. v S. S. Silberblatt, Inc.,* 14 AD2d 291; *Chuttick v Collins,* 20 AD2d 640; *Meyers v New York State Div. of Housing & Community Renewal,* 32 AD2d 818). Hopkins, Acting P. J., Martuscello, Damiani, Christ and Hawkins, JJ., concur.

■ MORRIS WURM, Appellant, v COMMUNITY SCHOOL BOARD DISTRICT No. 19 et al., Respondents.—Judgment of the Supreme Court, Kings County, entered June 2, 1975, affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice DiGiovanna at Special Term. Hopkins, Acting P. J., Martuscello, Damiani, Christ and Hawkins, JJ., concur.